```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 11921
    VERONICA M ROSS
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

          Debtor
    SSN XXX-XX-1453


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/03/07 .

    2.  The case was dismissed without confirmation, 10/18/2007.
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AUTO CONNECTIONS | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT OF PUBLIC | CHILD SUPPORT | NOT FILED | .00 | .00 |
| MARIAH BRACKLESEN | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CITI | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROF/LASALLE | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| COUNTY CLERK OF LASALLE | UNSECURED | NOT FILED | .00 | .00 |
| CPI CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| H&R ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| H&R ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
LAMOILLE CLARION LIBRARY  UNSECURED        NOT FILED              .00          .00
MEDICAL COLLECTION SYSTE  UNSECURED        NOT FILED              .00          .00
MERRICK BANK              UNSECURED        NOT FILED              .00          .00
MIDNIGHT VELVET           UNSECURED        NOT FILED              .00          .00
MRSI                      UNSECURED        NOT FILED              .00          .00
NCO FINANCIAL             UNSECURED        NOT FILED              .00          .00
NCO FINANCIAL             UNSECURED        NOT FILED              .00          .00
NICOR GAS                 UNSECURED        NOT FILED              .00          .00
PAYDAY LOAN STORE         UNSECURED        NOT FILED              .00          .00
PELLETTIERI & ASSOC       UNSECURED        NOT FILED              .00          .00
PROFESSIONAL COLLECTION   UNSECURED        NOT FILED              .00          .00
RJM ACQUISITIONS LLC      UNSECURED        NOT FILED              .00          .00
ROCKFORD MERCANTILE AGEN  UNSECURED        NOT FILED              .00          .00
ROCKFORD MERCANTILE AGEN  UNSECURED        NOT FILED              .00          .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED        NOT FILED              .00          .00
SEVENTH AVENUE            UNSECURED        NOT FILED              .00          .00
SWISS COLONY              UNSECURED        NOT FILED              .00          .00
THROUGH THE COUNTRY DOOR  UNSECURED        NOT FILED              .00          .00
WFFINACCPT                UNSECURED        NOT FILED              .00          .00
```

Summary of disbursements:

----------------------------------------------------------------------------

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED |   .00   |   .00    |    .00    |  .00  |  .00  |
| PRINCIPAL PAID     |   .00   |   .00    |    .00    |  .00  |  .00  |
| INTEREST PAID      |   .00   |   .00    |    .00    |  .00  |  .00  |
| TOTAL PAID         |   .00   |   .00    |    .00    |  .00  |  .00  |

The Debtor's attorney, LEGAL HELPERS PC             , was allowed $        .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/14/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 07 B 11921 VERONICA M ROSS
```